IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gaines, Semore

Printed: 1/15/08

Case Number:  06 B 13404
Judge: Wedoff, Eugene R
Filed: 10/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 29, 2007
Confirmed: February 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,280.00 |  |
| Secured: |  | 625.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,534.23 |
| Trustee Fee: |  | 120.77 |
| Other Funds: |  | 0.00 |
| Totals: | 2,280.00 | 2,280.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Philip A. Igoe | Administrative | 2,274.00 | 1,534.23 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 5,871.82 | 625.00 |
| 4. | America's Servicing Co | Secured | 34,880.12 | 0.00 |
| 5. | Aspire Visa | Unsecured | 333.22 | 0.00 |
| 6. | Aspire Visa | Unsecured | 404.76 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 169.88 | 0.00 |
| 8. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 9. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
| 10. | Credit One | Unsecured |  | No Claim Filed |
| 11. | Credit One | Unsecured |  | No Claim Filed |
| 12. | Fidelity Financial Services | Unsecured |  | No Claim Filed |
| 13. | Fncc | Unsecured |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
| 15. | Wells Fargo Credit Corp. | Unsecured |  | No Claim Filed |
| 16. | Nuvell Credit Company LLC | Unsecured |  | No Claim Filed |
| 17. | Tribute | Unsecured |  | No Claim Filed |
| 18. | Midland Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 43,933.80 | $ 2,159.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 18.91 |
| 5.4% | 101.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gaines, Semore | Case Number:  06 B 13404 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/15/08 | Filed:  10/19/06 |

_____
$ 120.77

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_____